# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **John Doe, et al v. East Lyme Board of Education, et al**     Docket No.: **14-1261**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Shel D. Myers**

Firm: **Kainen, Escalera & McHale, P.C.**

Address: **21 Oak Street, Suite 601, Hartford, CT 06106**

Telephone: **860-493-0870**     Fax: **860-493-0871**

E-mail: **smyers@kemlaw.com**

Appearance for: **East Lyme Board of Education**
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: **Frederick L. Dorsey/Siegel, O'Connor, O'Donnell & Beck, P.C.**)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: **/S/ Shel D. Myers, ct13581**

Type or Print Name: **Shel D. Myers**