# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Doe et. al. v. East Lyme Board of Education          Docket No.: 14-1261

Lead Counsel of Record (name/firm) or Pro se Party (name): Sheldon D. Myers, Kainen, Escalera & McHale, P.C.

Appearance for (party/designation): East Lyme Board of Education

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✓) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect. Please change the following parties' designations:
   Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
     OR
Signature of pro se litigant: /s/ Sheldon D. Myers
Type or Print Name: Sheldon D. Myers
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## CORRECTIONS TO CAPTION

The correct name of the only appellant is: East Lyme **Board** of Education
(not East Lyme **Department** of Education)

The other defendant named in the district court lawsuit (The State of Connecticut Department of Education) was dismissed from the lawsuit and is not an appellant in this instant appeal.