

**KOTIN CRABTREE & STRONG**
ATTORNEYS LLP

One Bowdoin Square | Boston, Massachusetts 02114-2925
Tel: 617.227.7031 | Fax: 617.367.2988 | www.kcslegal.com

Eileen M. Hagerty
ehagerty@kcslegal.com

July 29, 2014

<u>VIA CM/ECF ONLY</u>

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re: <u>John Doe v. East Lyme Board of Education - No. 14-1261cv</u>

Dear Ms. Wolfe:

  This firm represents Jane Doe and John Doe, the appellees/cross-appellants in the above-referenced civil appeal. I am writing pursuant to Local Rule 31.2 to request that the appellees'/cross-appellants' brief be due by October 28, 2014, which is 91 days after the filing of the appellant's brief.

  Thank you for your assistance.

              Very truly yours,

              */s/ Eileen M. Hagerty*

              Eileen M. Hagerty

EMH/mek

cc: Shel D. Myers, Esq. (via CM/ECF only)